AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
Central District of California

SHELLENE D. REICH

**BILL OF COSTS**

V.

CITY OF GLENDALE, ET AL.

Case Number: CV 01-05834 PA (AJWx)

FILED
CLERK, U.S. DISTRICT COURT
DEC 1 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Judgment having been entered in the above entitled action on __10/9/03__ against __Shellene D. Reich__,
                                                                  Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................ | $ _____ |
| Fees for service of summons and subpoena .................................... | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | _____ |
| Fees and disbursements for printing ............................................ | _____ |
| Fees for witnesses (itemize on reverse side) .................................. | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | _____ |
| Docket fees under 28 U.S.C. 1923 .............................................. | _____ |
| Costs as shown on Mandate of Court of Appeals ............................. | _____ |
| Compensation of court-appointed experts ..................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C 1828 ..... | _____ |
| Other costs (please itemize) ............ Depositions ........................... | 1,983.50 |
| TOTAL | $ ~~1,983.50~~ |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __See attached Proof of Service__

Signature of Attorney: _[signature]_

Name of Attorney: __Steven D. Blades__

For: __Defendants, County of Los Angeles, et al__                          Date: __10/9/03__

Name of Claiming Party

Costs are taxed in the amount of __-0-__ withdrawn 11-18-03 and included in the judgment.

**SHERRI R. CARTER**                By: _[signature]_        12-1-03
Clerk of Court                        Deputy Clerk
                                      MILLICENT R. BORGARDING

ENTER ON ICMS
DEC -2 2003

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 660 S. Figueroa Street, 23rd Floor, Los Angeles, California 90017.

    On **October 23, 2003**, I served the foregoing document, described as **"NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS"** on all interested parties in this action as follows:

> Elizabeth A. Lopez, Esq.
> LAW OFFICES OF ELIZABETH A. LOPEZ
> 1254 Irvine Blvd., Suite 210
> Tustin, CA 92780
>
> Carmen Merino, Esq.
> GLENDALE CITY ATTORNEY'S OFFICE
> 613 E. Broadway, Suite 220
> Glendale, CA 91206

__X__ **(BY MAIL)** As follows:

____ I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California.

____ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ **(BY ELECTRONIC MAIL)** I sent such document via facsimile mail to the number(s) noted above.

____ **(UPS)** I caused such envelope to be sent by United Parcel Post to the offices of the addressee as indicated above.

____ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **October 23, 2003**, at Los Angeles, California.

*/s/ Elizabeth Solorza*
Elizabeth Solorza

G:\docsdata\SDB\Reich\POS.WPD

CERDA & MORGAN
28570 MARGUERITE PARKWAY, SUITE 203
MISSION VIEJO, CALIFORNIA 92692
(949) 347-2417
(714) 840-9996

JULY 21, 2002

INVOICE

TO: MANNING, MARDER, KASS, ELLROD & RAMIREZ
ATTN: ANNA VILLAR
660 SOUTH FIGUEROA STREET, 23RD FLOOR
LOS ANGELES, CALIFORNIA 90017

RE: DEPOSITION OF JOHN H. CLARK, M.D.
REICH V. CITY OF GLENDALE
TAKEN: 07-08-02

ONE CERTIFIED COPY = $153.00
CONDENSED TRANSCRIPT = NC
KEY WORD INDEX = NC
ASCII DISK = NC
COPYING EXHIBITS = $10.50
SHIPPING & HANDLING = $25.00

TOTAL DUE: $188.50

07-22-02 A11:07 IN

INVOICE NO.: 062502KWA
TAX ID NO.: 33-0789944
CLIENT'S FILE NO: XXXXXXX

213 624-6900
213 624-6999

CERDA & MORGAN
28570 MARGUERITE PARKWAY, SUITE 203
MISSION VIEJO, CALIFORNIA 92692
(949) 347-2417
(714) 840-9996

JUNE 8, 2002

INVOICE

TO:  MANNING, MARDER, KASS, ELLROD & RAMIREZ
ATTN: ANNA VILLAR
660 SOUTH FIGUEROA STREET, 23RD FLOOR
LOS ANGELES, CALIFORNIA 90017

RE:  DEPOSITION OF BENNETT LUTHER BATEMAN, JR.
REICH V. CITY OF GLENDALE
TAKEN: 06-25-02

ONE CERTIFIED COPY = $288.00
CONDENSED TRANSCRIPT = NC
KEY WORD INDEX = NC
ASCII DISK = NC
COPYING EXHIBITS = $1.05
SHIPPING & HANDLING = $WAIVED

TOTAL DUE: $289.05

INVOICE NO.:  062502KWA
TAX ID NO.:   33-0789944
CLIENT'S FILE NO: XXXXXXX

CERDA & MORGAN
28570 MARGUERITE PARKWAY, SUITE 203
MISSION VIEJO, CALIFORNIA 92692
(949) 347-2417
(714) 840-9996

JUNE 8, 2002

INVOICE

TO:  MANNING, MARDER, KASS, ELLROD & RAMIREZ
     ATTN: ANNA VILLAR
     660 SOUTH FIGUEROA STREET, 23RD FLOOR
     LOS ANGELES, CALIFORNIA 90017

RE:  DEPOSITION OF LEROY JEROME HITE
     REICH V. CITY OF GLENDALE
     TAKEN: 06-24-02

     ONE CERTIFIED COPY = $213.75
     CONDENSED TRANSCRIPT = NC
     KEY WORD INDEX = NC
     ASCII DISK = NC
     COPYING EXHIBITS = $3.60
     SHIPPING & HANDLING = $25.00

TOTAL DUE: $242.35

INVOICE NO.: 062402KWA
TAX ID NO.: 33-0789944
CLIENT'S FILE NO: XXXXXXX

**Norman Schall & Associates** CERTIFIED SHORTHAND REPORTERS

1055 WILSHIRE BLVD. #1503 • LOS ANGELES, CALIFORNIA 90017 • TELEPHONE (213) 481-3600
EMPLOYER ID NO 95-2128090

OUR FILE NO  02/1485

April 25, 2002

**NEW CORPORATE ADDRESS**
1055 Wilshire Blvd. - Suite 1503
Los Angeles, California 90017
Phone No.: (213) 481-3600

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
660 SOUTH FIGUEROA, 23RD FLOOR
LOS ANGELES, CA 90017
ATTN: STEVEN BLADES, ESQ.

PLEASE REFER TO INVOICE NO. 74813
ACCOUNT NO. 8875
IN RE: SHELLENE D. REICH VS. CITY OF GLENDALE
FILE/CLIENT: CO. OF L.A. (214-1035°)

| DATE | SERVICES RENDERED | CHARGES |
|---|---|---|
| March 27, 2002 LOS ANGELES | Deposition(s) of SHELLENE D. REICH | |
| | ORIGINAL AND ONE COPY | 1,263.60 |
| | Please pay this amount | $1,263.60 |

TO INSURE PROPER CREDIT, PLEASE RETURN ONE COPY OF THIS INVOICE.

SCANNED